EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Sandor Demkovich
c/o Kristina B. Regal, Esq
Lavelle Law
501 W. Colfax
Palatine, IL 60067

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2015-02285 | Sherice Galloway, Investigator | (312) 869-8132 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*     9/29/16
Julianne Bowman,     (Date Mailed)
District Director

Enclosures(s)

cc: St. ANDREW the APOSTLE
CHURCH/ARCHDIOCESE OF CHICAGO
c/o James Geoly, Esq and Alexander Marks, Esq.
Burek, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#15M0317.13 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2015CA3746 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Mr. Sandor Demkovich | | (219) 614-1009 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 1948 Lake Avenue | Whiting, IN 46394 | 2/12/1962<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Catholic Archdiocese of Chicago | 15+ | (708) 862-4165 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 768 Lincoln Avenue | Calumet City, IL 60409 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Disability   Age   Sexual Orientation | 10/2012 - 9/23/2014<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS

HARASSMENT – OCTOBER 2012, AND CONTINUING, MOST RECENTLY, SEPTEMBER 2014, DUE TO MY DISABILITY, OBESITY

B. PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined by Section 1-103(I) of the Illinois Human Rights Act.

2. Respondent was aware of my disability.

3. My performance as Director of Music at Respondent's St. Andrew the Apostle Parish in Calumet City, Illinois met Respondent's legitimate expectations.

Page 1 of 5

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 28th DAY OF September, 2015.

_Gloria Szepanski_
NOTARY SIGNATURE

NOTARY STAMP:
GLORIA SZEPANSKI
Notary Public- Seal
State of Indiana
My Commission Expires Sep 13, 2016

X _Sandor Demkovich_ 9/28/2015
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 7/12-INT)

4. From October 2012, and continuing throughout my employment, most recently September 2014, I was harassed about my weight on almost a daily basis by Father Jacek Dada (no known disability), Pastor of St. Andrew the Apostle Parish. Father Dada made statements such as:

   a. "Of course you will need health insurance because of your condition.", as he pointed at my distended abdomen.
   b. Dada stated he was glad I was covered on my partner's health and dental insurance because that would be very expensive for Respondent's budget.
   c. Dada asked what I was doing to lose weight because he didn't want to have to preach my funeral.
   d. He told me I would need to start walking his dog to get some exercise.

5. My disability did not affect my ability to handle the responsibilities of my position.

6. The harassment was unprofessional and created a hostile and intimidating work environment.

II. A. ISSUE/BASIS
HARASSMENT – OCTOBER 2012, AND CONTINUING, MOST RECENTLY SEPTEMBER 2014, DUE TO MY DISABILITY, DIABETES

B. PRIMA FACIE ALLEGATIONS
1. I am an individual with a disability as defined by the Illinois Human Rights Act.

2. Respondent was aware of my disability.

3. My performance as Director of Music at Respondent's St. Andrew the Apostle Parish in Calumet City, Illinois met Respondent's legitimate expectations.

4. From October 2012, and continuing throughout my employment, most recently September 2014, I was harassed about my weight by Father Jacek Dada (no known disability), Pastor of St. Andrew the Apostle Parish. Father Dada made statements such as:

   a. "Of course you will need health insurance because of your condition.", as he pointed at my distended abdomen.
   b. Dada stated he was glad I was covered on my partner's health and dental insurance because that would be very expensive for Respondent's budget.
   c. Dada stated I would have to get my weight under control to eliminate the need for insulin.
   d. He told me I would need to start walking his dog to get some exercise.

5. My disability did not affect my ability to handle the responsibilities of my position.

6. The harassment was unprofessional and created a hostile and intimidating work environment.

III. A. ISSUE/BASIS
HARASSMENT – JANUARY 2014, MOST RECENTLY SEPTEMBER 2014, DUE TO MY SEXUAL ORIENTATION, HOMOSEXUAL

B. PRIMA FACIE ALLEGATIONS
1. My sexual orientation is homosexual.

2. My performance as Director of Music at Respondent's St. Andrew the Apostle Parish in Calumet City, Illinois met Respondent's legitimate expectations.

3. From January 2014 and continuing, most recently September 23, 2014, I was harassed by Father Jacek Dada (sexual orientation unknown), Pastor of St. Andrew the Apostle Parish. Dada made statements about it being good that I had a partner who would carry me on his health insurance and said he would come to my wedding; however the Catholic Church did not support same sex marriages. Dada made statements to others about me being involved in a homosexual relationship and informed a number of people that he was going to discharge me if I married my partner.

4. The harassment was unprofessional and created a hostile and intimidating work environment.

IV. A. ISSUE/BASIS
DISCHARGE - SEPTEMBER 23, 2014, DUE TO MY SEXUAL ORIENTATION, HOMOSEXUAL

B. PRIMA FACIE ALLEGATIONS
1. My sexual orientation is homosexual.

2. My performance as Director of Music at Respondent's St. Andrew the Apostle Parish in Calumet City, Illinois met Respondent's legitimate expectations.

3. On September 23, 2014, I was discharged by Dada. The reason given for the discharge was because my marriage to my same sex partner was against Respondent's policies and teachings.

4. I was replaced by Steven Kukalis (heterosexual), an employee with less experience than me.

Charge Number: 201X-A3746
Complainant: Sandor Demkovich
Page 4 of 5

V. A. ISSUE/BASIS
DISCHARGE – SEPTEMBER 23, 2014, DUE TO MY AGE, 52

B. PRIMA FACIE ALLEGATIONS
1. I was 52 years old at the time of the alleged violation.

2. My performance as Director of Music at Respondent's St. Andrew the Apostle Parish in Calumet City, Illinois met Respondent's legitimate expectations.

3. On September 23, 2014, I was discharged by Dada. The reason given for the discharge was because I married my same sex partner and that was against Respondent's policies and teachings.

4. I was replaced a similarly situated individual who is significantly younger than me, Steven Kukalis (30s).

JJT/RCG/amm

"return this copy"

Charge Number: 2015 CA 3746
Complaintant: Sandor Demkovich
Page 5 of 5

VI.    A.    ISSUE/BASIS

          DISCHARGE – SEPTEMBER 23, 2014, DUE TO MY MARITAL STATUS, MARRIED

     B.    PRIME FACIE ALLEGATIONS

          1. My marital status is married. I was married on September 19, 2014.

          2. My performance as Director of Music at Respondent's St. Andrew the Apostle Parish in Calumet City, Illinois met Respondent's legitimate expectations.

          3. On September 23, 2014, I was discharged by Dada. The reason given for the discharge was because my marriage to my same-sex partner was against Respondent's policies and teachings, and Dada told Chris Zdanowski, a choir member that he "thought they (my partner and I) were going to keep this quiet, and not make it public."

          4. Other employees at the Church are married and were able to keep their employment, namely Mary Studzinski.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). _Be sure to include your name, address, phone number and EEOC charge number with your request_.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* _Before filing a lawsuit_, but within 90 days of your receipt of the Right to Sue, or

* _After your lawsuit has been filed_. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the _Respondent_ you may be granted access to the file _only after_ a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, _it is recommended that you first review your file_ to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent _in its entirety_ to the copy service, _and you will be responsible for the cost_. Payment must be made directly to Aloha Print Group, which charges 15 cents per page.

(Revised 04-20-2016, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

### PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

### ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

### DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| Counties | | Counties | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| Counties | | Counties | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>**Southern District of Illinois**<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br>*and*<br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | **Rock Island Division**<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| Counties | | Counties | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division** | |
| Clinton | Monroe | 600 East Monroe Street | |
| Crawford | Perry | Springfield, IL 62701 | |
| Cumberland | Pope | 217-492-4020 | |
| Edwards | Pulaski | | |
| Effingham | Randolph | Counties | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |