## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sandor Demkovich

                Plaintiff,

v.

                                    Case No.: 1:16–cv–11576
                                    Honorable Edmond E. Chang

Archdiocese of Chicago, The, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 11, 2018:

      MINUTE entry before the Honorable Edmond E. Chang:The Court has the motion [21] to dismiss and the supplemental filings under advisement. Status hearing of 06/14/2018 is reset to 07/26/2018 at 9:15 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.