## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sandor Demkovich

                               Plaintiff,

v.                                                                      Case No.: 1:16–cv–11576
                                                                         Honorable Edmond E. Chang

Archdiocese of Chicago, The, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Both sides issued and have responded to written discovery requests. Plaintiff might seek depositions of a number of defense employees and some volunteers. Non–party subpoenas must be served no later than 03/15/2019 (approval must be obtained, supported by good cause (e.g., genuine surprise), to serve subpoenas after the deadline). By 04/01/2019, the parties shall file a Deposition Status Report, listing the already–taken deponents and the \*\*\*confirmed\*\*\* dates for the remaining deponents. Anyone not on that report shall presumptively not be deposed, absent good cause (again, genuine surprise). Plaintiff's counsel will be conferring with the defense on objections to discovery. Status hearing set for 04/18/2019 at 9:30 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.