# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 6, 2019

**To:**   Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-1413
>
> Caption:
> SANDOR DEMKOVICH,
> Plaintiff - Appellee
>
> v.
>
> ST. ANDREW THE APOSTLE PARISH CALUMET CITY, et al.,
> Defendants - Appellants
>
> District Court No: 1:16-cv-11576
> District Judge Edmond E. Chang
> Clerk/Agency Rep Thomas G. Bruton
> Date NOA filed in District Court: 03/06/2019

If you have any questions regarding this appeal, please call this office.