IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDOR DEMKOVICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-cv-11576 |
| ) | Judge Edmond E. Chang |
| ST. ANDREW THE APOSTLE PARISH, ) | |
| CALUMET CITY, and THE ) | |
| ARCHDIOCESE OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR CLARIFICATION
AS TO THE COURT'S MAY 5, 2019 RULING**

Defendants, St. Andrew the Apostle Parish, Calumet City (the "Parish"), and the Archdiocese of Chicago (the "Archdiocese") (collectively "Defendants"), by and through their attorneys, for their motion for clarification as to the Court's May 5, 2019 ruling [Dkt. 73] states as follows:

1. On May 5, 2019, this Court granted Defendants' motion for certification pursuant to 28 U.S.C. 1292(b) ("Section 1292(b)").

2. In ending its ruling, the Court ordered the Archdiocese to "promptly file the notice of appeal based on the certification no later than the close of business on May 8, 2019." [Dkt. 73, p. 4].

3. Pursuant to Section 1292(b) and F.R.A.P. 5, the party seeking to appeal following entry of a Section 1292 certification has 10 days to petition the Court of Appeals for permission to bring the appeal. *See also* In re Cash Currency Exchange, Inc., 762 F.2d 542, 547 (7th Cir. 1985).

4.      If permission to appeal is granted, a notice of appeal need not be filed. Fed. R. App. P. 5(d)(2)P.

5.      Accordingly, the applicable statutory requirements, which cannot be altered, mandate that for a Section 1292(b) appeal, no notice of appeal be filed with the District Court, but rather, a petition must filed with the Court of Appeals, and within 10, not 2, days.

6.      Based on the foregoing, Defendants seek clarification as to the Court's instruction requiring Defendants to file a "notice of appeal."  Alternatively, Defendants seek modification of the Court's order to comport with the filing and timing requirements set forth under Section 1292(b) and F.R.A.P. 5.

WHEREFORE, Defendants, St. Andrew the Apostle Parish, Calumet City and the Archdiocese of Chicago, respectfully request clarification as to the Court's instruction to Defendants contained in its May 5, 2019 order regarding the filing a notice of appeal; or, alternatively, modification of the order so it comports with the filing and timing requirements set forth under Section 1292(b) and F.R.A.P. 5.

Respectfully submitted,
St. Andrew the Apostle Parish, Calumet City, and the Archdiocese of Chicago

By:   /s/ Alexander D. Marks
       One of their attorneys

James C. Geoly (jgeoly@burkelaw.com)
Alexander D. Marks (amarks@burkelaw.com)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:   (312) 840-7000
Facsimile:    (312) 840-7900

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 7, 2019, a true and correct copy of Defendants' Motion for Clarification as to the Court's May 5, 2019 Ruling was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to Plaintiff's counsel of record by operation of the Court's Electronic Filing System.

By: /s/ Alexander D. Marks

4846-8055-1574