IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDOR DEMKOVICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-cv-11576 |
| ) | Judge Edmond E. Chang |
| ST. ANDREW THE APOSTLE PARISH, ) | |
| CALUMET CITY, and THE ) | |
| ARCHDIOCESE OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Attached Service List

PLEASE TAKE NOTICE that on May 13, 2019 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Edmond Chang in Room 2119 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Defendants' Motion For Clarification as to Court's May 5, 2019 Ruling, a copy of which has been filed and served electronically.

        Respectfully submitted,
        St. Andrew the Apostle Parish, Calumet City, and
        the Archdiocese of Chicago

        By:   /s/ Alexander D. Marks
             Alexander D. Marks

James C. Geoly
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611
Telephone:   (312) 840-7000
Facsimile:   (312)840-7900

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 7, 2019, a true and correct copy of the foregoing Notice of Motion was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to Plaintiff's counsel of record by operation of the Court's Electronic Filing System.

By: /s/ Alexander D. Marks

4838-4138-1014