# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

May 31, 2019

MICHAEL S. KANNE, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| No. 19-8012 | IN RE: <br> ST. ANDREW THE APOSTLE PARISH, CALUMET CITY, et al., <br> Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-11576 <br> Northern District of Illinois, Eastern Division <br> District Judge Edmond E. Chang ||

The following are before the court:

1. **APPELLANT'S F.R.A.P. 5 PETITION FOR PERMISSION TO APPEAL PURSUANT TO CERTIFICATION UNDER 28 U.S.C. § 1292(B)**, filed on May 15, 2019, by counsel for the petitioners.

2. **APPELLEE'S ANSWER AND CROSS-PETITION IN OPPOSITION TO APPELLANT'S F.R.A.P. 5 PETITION FOR PERMISSION TO APPEAL PURSUANT TO CERTIFICATION UNDER 28 U.S.C. § 1292(B)**, filed on May 28, 2019, by counsel for the respondent.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. The petitioner shall pay the required docket fees to the clerk of the district court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.