Sandor Demkovich
                                          Plaintiff,

v.                                                        Case No.: 1:16−cv−11576
                                                          Honorable Edmond E. Chang

Archdiocese of Chicago, The, et al.
                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 2, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the issuance of the mandate, the case is dismissed with prejudice. A separate AO−450 judgment shall be entered. The tracking status hearing of 08/20/2021 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.